FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 12 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY SCHULKEN; et al., | No. 13-15191 |
| Plaintiffs - Appellees, | D.C. No. 5:09-cv-02708-LHK |
| v. | Northern District of California, San Jose |
| DONALD R. EARL, | |
| Objector - Appellant, | ORDER |
| v. | |
| WASHINGTON MUTUAL BANK, HENDERSON, NV; et al., | |
| Defendants - Appellees. | |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's June 14, 2013 motion to supplement the record is granted.

Appellees' June 20, 2013 motion to dismiss the appeal is denied.

Appellant's July 3, 2013 motion to strike the declaration of Megan Lindsey is denied. Appellant's July 3, 2013 motion to strike appellees' reply is denied.

Appellant's June 21, 2013 motion for summary determination is denied.

KE/MOATT

Appellant's June 21, 2013 motion to impose sanctions on appellees for failure to timely file the answering brief is denied.

Appellees' motions for extensions of time to file the answering briefs are granted.  The answering briefs are due August 2, 2013.

Appellant's motion for an extension of time to file the optional reply brief is granted.  The optional reply brief is due within 35 days after service of the answering brief.  Appellant's request for an expansion of the word limit by 1,400 words is denied without prejudice to renewal accompanied by a single copy of the brief appellant proposes to file in compliance with the requirements under Circuit Rule 32-2.